# UNITED STATES DISTRICT COURT
for the
Eastern District of Wisconsin

_____ Division



U.S. District Court
Wisconsin Eastern
OCT 17 2025
FILED
Clerk of Court

| | |
|---|---|
| JON R. FLOWERS <br><br> *Plaintiff(s)* <br> *(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)* <br><br> -v- <br><br> SIGNICAST <br><br> *Defendant(s)* <br> *(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)* | Case No. <br> *(to be filled in by the Clerk's Office)* <br><br> Jury Trial: *(check one)* ✔Yes ☐No <br><br> 25-C-1601 |

## COMPLAINT FOR EMPLOYMENT DISCRIMINATION

### I. The Parties to This Complaint

#### A. The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

| | |
|---|---|
| Name | JON R. FLOWERS |
| Street Address | 109 W. WASHINGTON ST |
| City and County | SLINGER, WASHINGTON CO |
| State and Zip Code | WISCONSIN 53086 |
| Telephone Number | 262-305-3086 |
| E-mail Address | Motorenegade1@gmail.com |

#### B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title *(if known)*. Attach additional pages if needed.

Defendant No. 1

| | |
|---|---|
| Name | SIGNICAST |
| Job or Title (if known) | |
| Street Address | 1800 INNOVATION WAY |
| City and County | HARTFORD , WASHINGTON CO |
| State and Zip Code | WISCONSIN 53027 |
| Telephone Number | (262) 673-2700 |
| E-mail Address (if known) | |

Defendant No. 2

| | |
|---|---|
| Name | Brad Witte |
| Job or Title (if known) | COO |
| Street Address | 1800 INNOVATION WAY |
| City and County | HARTFORD WASHINGTON CO. |
| State and Zip Code | WISCONSIN 53027 |
| Telephone Number | (262) 673-2700 |
| E-mail Address (if known) | |

Defendant No. 3

| | |
|---|---|
| Name | ROBBIE RAMTHUN |
| Job or Title (if known) | HR |
| Street Address | 1800 INNOVATION WAY |
| City and County | HARTFORD WASHINGTON CO. |
| State and Zip Code | WISCONSIN 53027 |
| Telephone Number | (262) 673-2700 |
| E-mail Address (if known) | |

Defendant No. 4

| | |
|---|---|
| Name | LEDDY LUEBKE |
| Job or Title (if known) | HR MANAGER |
| Street Address | 1800 INNOVATION WAY |
| City and County | HARTFORD WASHINGTON CO. |
| State and Zip Code | WISCONSIN 53027 |
| Telephone Number | (262) 673-2700 |
| E-mail Address (if known) | |

Pro Se 7 (Rev. 12/16) Complaint for Employment Discrimination

C.   **Place of Employment**

The address at which I sought employment or was employed by the defendant(s) is

| | |
|---|---|
| Name | SIGNICAST |
| Street Address | 1800 INNOVATION WAY |
| City and County | HARTFORD, WASHINGTON CO. |
| State and Zip Code | WISCONSIN 53027 |
| Telephone Number | (262) 673-2700 |

II.   **Basis for Jurisdiction**

This action is brought for discrimination in employment pursuant to *(check all that apply)*:

☐ Title VII of the Civil Rights Act of 1964, as codified, 42 U.S.C. §§ 2000e to 2000e-17 (race, color, gender, religion, national origin).

*(Note: In order to bring suit in federal district court under Title VII, you must first obtain a Notice of Right to Sue letter from the Equal Employment Opportunity Commission.)*

☐ Age Discrimination in Employment Act of 1967, as codified, 29 U.S.C. §§ 621 to 634.

*(Note: In order to bring suit in federal district court under the Age Discrimination in Employment Act, you must first file a charge with the Equal Employment Opportunity Commission.)*

☑ Americans with Disabilities Act of 1990, as codified, 42 U.S.C. §§ 12112 to 12117.

*(Note: In order to bring suit in federal district court under the Americans with Disabilities Act, you must first obtain a Notice of Right to Sue letter from the Equal Employment Opportunity Commission.)*

☑ Other federal law *(specify the federal law)*:
osha 29 CFR 1910.20

☐ Relevant state law *(specify, if known)*:

☐ Relevant city or county law *(specify, if known)*:

### III. Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A. The discriminatory conduct of which I complain in this action includes *(check all that apply)*:

- [✔] Failure to hire me.
- [✔] Termination of my employment.
- [✔] Failure to promote me.
- [✔] Failure to accommodate my disability.
- [ ] Unequal terms and conditions of my employment.
- [✔] Retaliation.
- [ ] Other acts *(specify)*: _____

*(Note: Only those grounds raised in the charge filed with the Equal Employment Opportunity Commission can be considered by the federal district court under the federal employment discrimination statutes.)*

B. It is my best recollection that the alleged discriminatory acts occurred on date(s)
**TERMINTED FOR TRYING TO START A WORK COMP CLAIM**

C. I believe that defendant(s) *(check one)*:
- [✔] is/are still committing these acts against me.
- [ ] is/are not still committing these acts against me.

D. Defendant(s) discriminated against me based on my *(check all that apply and explain)*:
- [ ] race
- [ ] color
- [ ] gender/sex
- [ ] religion
- [ ] national origin
- [ ] age *(year of birth)* _____ *(only when asserting a claim of age discrimination.)*
- [✔] disability or perceived disability *(specify disability)*
**SPINAL HERNIATED DISC PINCHED NERVES L5 S1**

E. The facts of my case are as follows. Attach additional pages if needed.

FIRED FOR TRYING TO START A WORKMANS COMP CLAIM, FAILURE TO REHIRE AFTER MANY APPLICATIONS TO MY PREVIOUS POSITION WERE POSTED AND SUBMITTED, FAILURE TO PROMOTE WHEN APPLIED FOR DIFFERENT POSITION WHILE WORKING THERE, FAILURE TO NOTIFY OSHA AND WISCONSIN WORK FORCE / WORKMANS COMP OF INJURY WHEN ASKED FOR WORK INJURY REPORT TWO WEEKS PRIOR TO BEING TERMINATED. STATED AN EX MANAGER DECIDED TO END MY EMPLOYMENT, IN WHICH HE STATES HE HAD ZERO INVOLVEMENT IN, TRIED GETTING A DIFFERNT POSITION INTERNALLY AND NEVER HEARD ANYTHING
REQUESTING FILE THATS BEEN SUBMITTED TO THE EEOC ON CHARGE # 443-2023-02702

*(Note: As additional support for the facts of your claim, you may attach to this complaint a copy of your charge filed with the Equal Employment Opportunity Commission, or the charge filed with the relevant state or city human rights division.)*

## IV. Exhaustion of Federal Administrative Remedies

A. It is my best recollection that I filed a charge with the Equal Employment Opportunity Commission or my Equal Employment Opportunity counselor regarding the defendant's alleged discriminatory conduct on *(date)*
6-24-2023

B. The Equal Employment Opportunity Commission *(check one)*:

☐ has not issued a Notice of Right to Sue letter.

☑ issued a Notice of Right to Sue letter, which I received on *(date)*  07/15/2025

*(Note: Attach a copy of the Notice of Right to Sue letter from the Equal Employment Opportunity Commission to this complaint.)*

C. Only litigants alleging age discrimination must answer this question.

Since filing my charge of age discrimination with the Equal Employment Opportunity Commission regarding the defendant's alleged discriminatory conduct *(check one)*:

☐ 60 days or more have elapsed.
☐ less than 60 days have elapsed.

## V. Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

**WORK INJURY REPORT SO I CAN CONTINUE WITH MY WORKMANS COMP CLAIM**

**LOSS OF WAGES**
**EEOC MONETARY VALUE**
**COURT COSTS**
**LEGAL REPRESENTATION COSTS**
**REHIRE TO PREVIOUS POSITION AND OR PROMOTION**
vocational rehabilitation

### VI. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

#### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 10/01/2025

Signature of Plaintiff   *Jon Flowers*
Printed Name of Plaintiff   Jon Flowers

#### B. For Attorneys

Date of signing:

Signature of Attorney
Printed Name of Attorney
Bar Number
Name of Law Firm
Street Address
State and Zip Code
Telephone Number
E-mail Address

JON R FLOWERS VS. SIGNICAST

STATEMENT OF CLAIM

SIGNICAST CORPORATION AND INDIVIDUALS LISTED IN STATEMENT AS FOLLOWS:

BRAD WITTE CHIEF OPERATING OFFICER (COO) PUSHED FOR ME TO BE TERMINATED WHEN NOTIFIED OF MY COMPLAINT AND WANTING TO START A WORKMANS COMP CLAIM, THIS IS NOT THE FIRST TIME EITHER, I HAD A SHOULDER DISLOCATION AT SIGNICAST AND BRAD WITTE AND ROBBIE RAMTHUN (HR) SOUGHT TO HAVE ME TERMINATED, MY MAINTENANCE MANAGER AT THE TIME, ROBERT NICKEL, SAVED ME FROM LOSING MY JOB. WHEN I WAS SEEKING MEDICAL TREATMENT FOR BACK PAIN NOT KNOWING WHAT WAS GOING ON I BROUGHT UP TO THE HR DEPT. LEDDY LUEBKE (HR MANAGER) THAT I WAS SEEKING MY WORK INCIDENT REPORT FROM PRIOR LOWER BACK PAIN/ BELIEVED STRAIN AS I WAS HAVING ISSUES WALKING. LATER ON THROUGH TREATMENT I LEARNED THAT THE L5 S1 DISC HAD A HERNIATION AND I RECENTLY HAD SEVERAL SPINAL INJECTIONS AND NERVE ABLATION, I DECIDED TO USE SOME OF MY FMLA FOR A WEEK, ON MY RETURN I WAS TERMINATED. I HAD STATED TO LEDDY LUEBKE I WAS GOING TO BE NOTIFYING WISCONSIN WORKMANS COMP PRIOR TO USING MY FMLA. I BELIEVE BRAD WITTE, ROBBIE RAMTHUN, AND LEDDY LUEBKE CONSPIRED TO TERMINATE ME FOR BRINGING UP THE FACT THAT I WANTED TO OPEN A WORKMANS COMP CLAIM. SIGNICASTS POSITION STATEMENT TO THE EEOC SAID THAT IT WAS MR. JAKE MILKE (INSTALL DEPT.) MANAGER, DIFFERENT DEPARTMENT THEN I WAS EVEN IN, WAS THE ONE THAT ALLEGEDLY CHOOSE TO TERMINATE MY POSITION, CONVENIENTLY MR. JAKE MILKE WAS FIRED TWO MONTHS AFTER MYSELF, I BELIEVE THEY ARE USING HIM AS THE SCAPEGOAT ON THE TERMINATION AS HE NO LONGER WORKS THERE, UNKNOWN TO SIGNICAST I HAVE MR. JAKE MILKE'S PHONE NUMBER AND REACHED OUT TO HIM AFTER GETTING THE EEOC POSITION STATEMENT AND MR. MILKE STATED HE HAD ABSOLUTELY NOTHING TO DO WITH MY TERMINATION. ONE WEEK PRIOR TO MY FMLA LEAVE I HAD SIGNED A MEDICAL INFORMATION RELEASE FORM GIVEN TO ME BY LEDDY LUEBKE (HR MANAGER) STRANGELY ON THE DAY OF BEING TERMINATED BY LEDDY LUEBKE, AFTER NOTIFICATION IN PERSON THAT I WAS BEING LET GO SHE HAD ASKED IF I HAD ANY QUESTIONS, I DID AND IT WAS CAN I HAVE MY WORK INJURY REPORT. HER REPLY TO ME WAS " YOU WEREN'T HURT HERE. "

MY REQUEST FOR MY WORK INJURY REPORT WAS DENIED AND I WAS TERMINATED THE FOLLOWING DAY I CAME BACK FROM USING FMLA.

I WOULD LIKE TO SUBPOENA ALL INDIVIDUALS NAMED IN THIS STATEMENT